46 A.3d 1285

Lindsay P. SHULER, Appellant

v.

PENNSYLVANIA BUREAU OF COMMUNITY
CORRECTIONS, et al. & its Staff, et al.,
Appellees.

Supreme Court of Pennsylvania.

June 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the Order of the Commonwealth Court is AFFIRMED.